Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr Law Offices
P.O. Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| IGOR ZAVALIN, | 3:12-cv-00114-MO |
| Plaintiff -Appellant, | |
| v. | **NOTICE OF APPEAL** |
| CAROLYN W. COLVIN,[1] COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant-Appellee. | |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit pursuant to the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

NOTICE OF APPEAL- 1

NOTICE IS HEREBY GIVEN that the above-captioned Plaintiff-Appellant ("Plaintiff") hereby appeals to the United States Court of Appeals for the Ninth Circuit, from the final JUDGMENT of this court, entered on February 7, 2013, dismissing Plaintiff's case and affirming the October 28, 2010, final decision of the Defendant-Appellee denying Plaintiff's claim for benefits under the Social Security Act.

The following representation statement is submitted pursuant to FRAP 12(b), and Circuit Rule 3-2(b):

*Parties*:    Igor Zavalin:  Plaintiff -Appellant;

Carolyn W. Colvin, Commissioner of Social Security Administration: Defendant-Appellee.

*Counsel for Plaintiff-Appellant*:    MERRILL SCHNEIDER
merrillschneider@schneiderlaw.com
Schneider Kerr Law Offices
P.O. Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145

*Counsel for Defendant-Appellee*:    S. AMANDA MARSHALL
United States Attorney
District of Oregon

ADRIAN L. BROWN
Assistant United States Attorney

NOTICE OF APPEAL- 2

1000 SW Third Avenue, Suite 600
Portland, OR 97201-2902
Telephone: 503- 727-1003
Fax: 503- 727-1117

DAVID MORADO
Regional Chief Counsel

BRETT ECKELBERG
Special Assistant United
States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue
Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3717
Fax: (206) 615-2531

Dated this day 4th day of April, 2013.

                                                  Respectfully submitted,

                                                  <u>/s/ Merrill Schneider</u>
                                                  Merrill Scheider, OSB #77336
                                                  Attorney for Plaintiff-Appellant

NOTICE OF APPEAL- 3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiff's Notice of Appeal was filed with the Clerk of the Court on April 4, 2013, using the CM/ECF system which will send notification of such filing to the following:  <u>Adrian L. Brown</u>, and <u>Brett Eckelberg</u>.

<u>/s/ Merrill Schneider</u>
Attorney for Plaintiff-Appellant